**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00046-CV

### EX PARTE CHARLES RAY MASON, Appellant

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. X06-310-H**

# ORDER

Charles Ray Mason's April 25, 2013 motion to extend time to file a motion for rehearing

is **GRANTED**, and the motion for rehearing is due no later than May 23, 2013.

/Molly Francis/
MOLLY FRANCIS
JUSTICE